1 | Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
2 | Brian Keating (State Bar No. 167951)
bkeating@fbm.com
3 | Megan Howard (State Bar No. 200759)
mhoward@fbm.com
4 | Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
5 | San Francisco, CA  94104
Telephone:  (415) 954-4400
6 | Facsimile:  (415) 954-4480

*E-FILED - 4/20/09*

7 | Attorneys for Plaintiff
FORTINET, INC.

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | FORTINET, INC.,

Case No.  CV 09-00036 RMW

12 |             Plaintiff,

13 | vs.

**JOINT STIPULATION AND []
ORDER CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE**

14 | PALO ALTO NETWORKS, INC., and
PATRICK R. BROGAN,

15

16 |             Defendants.

17

18

19 |     Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Fortinet, Inc. and Defendants Palo Alto

20 | Networks, Inc. and Patrick R. Brogan hereby stipulate to continuing the Initial Case Management

21 | Conference currently scheduled for May 22, 2009 at 10:30 a.m.  The parties request this

22 | modification to provide them with additional time in which to pursue settlement of their dispute.

23 |     The parties have been engaged in settlement negotiations, which are ongoing.  Declaration

24 | of Andrew Leibnitz ("Leibnitz Decl.") ¶ 2.  The parties have not previously requested any time

25 | modifications in this case.  Leibnitz Decl. ¶ 4.  Accordingly, the parties propose the following

26 | revised case management schedule:

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [] ORDER CONTINUING
INITIAL CMC/ CASE NO. CV 09 00036 RMW

23938\1913094.2

| Date | Event | Governing Rule(s) |
|---|---|---|
| 6/19/2009<br><br>(21 days before CMC) | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | FRCivP 26(f) & ADR L.R. 3-5<br><br><br>Civil L.R. 16-8 (b) & ADR L.R. 3-5(b)<br><br><br>Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |
| 7/3/2009<br><br>(7 days before CMC) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) & Civil L.R. 16-9 |
| 7/10/2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom #6, 4th Floor, San Jose at 10:30 AM | Civil L.R. 16-10 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [] ORDER CONTINUING
INITIAL CMC/ CASE NO. CV 09 00036 RMW

- 2 -

23938\1913094.2

Dated: April ___13___, 2009

FARELLA BRAUN + MARTEL LLP

By: ___/s/ Andrew Leibnitz___
      Andrew Leibnitz

Attorneys for Plaintiff
Fortinet, Inc.

Dated: April 8, 2009

DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP

By: _____

Attorneys for Defendants
Palo Alto Networks, Inc. and Patrick R. Brogan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___4/20/09_____

_____
Hon. Ronald M. Whyte

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [] ORDER CONTINUING
INITIAL CMC/ CASE NO. CV 09 00036 RMW

23938\1913094.2