Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Brian Keating (State Bar No. 167951)
bkeating@fbm.com
Megan Howard (State Bar No. 200759)
mhoward@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
FORTINET, INC.

*E-FILED - 6/23/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN, <br><br> Defendants. | Case No.  CV 09-00036 RMW <br><br> **JOINT STIPULATION AND [] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Fortinet, Inc. and Defendants Palo Alto Networks, Inc. and Patrick R. Brogan hereby stipulate to continuing the Initial Case Management Conference currently scheduled for July 10, 2009 at 10:30 a.m.  The parties request this modification to provide them with additional time in which to pursue settlement of their dispute.

The parties have been engaged in settlement negotiations, which are ongoing.  Declaration of Clement Roberts ("Roberts Decl.") ¶ 2.  The parties have previously requested one time modification in this case – of which this is a further extension in order to pursue settlement talks. Roberts Decl. ¶ 4.  Accordingly, the parties propose the following revised case management schedule:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  9410
(415) 954-4400

STIP. & [] ORDER CONTINUING
INITIAL CMC/ CASE NO. CV 09 00036 RMW

23938\1913094.2
23938\1970598.1

| Date | Event | Governing Rule(s) |
|---|---|---|
| 7/31/2009<br>(21 days before CMC) | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | FRCivP 26(f) & ADR L.R. 3-5<br><br><br><br>Civil L.R. 16-8 (b) & ADR L.R. 3-5(b)<br><br><br>Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |
| 8/14/2009<br>(7 days before CMC) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) & Civil L.R. 16-9 |
| 8/21/2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom #6, 4th Floor, San Jose at 10:30 AM | Civil L.R. 16-10 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [] ORDER CONTINUING
INITIAL CMC/ CASE NO. CV 09 00036 RMW

- 2 -

23938\1913094.2
23938\1970598.1

| | |
|---|---|
| Dated: June 16, 2009 | FARELLA BRAUN + MARTEL LLP |

By: _/s/ Megan Howard_
    Megan Howard

Attorneys for Plaintiff
Fortinet, Inc.

Dated: June 16, 2009           DURIE TANGRI LLP

By:    Clement S. Roberts

Attorneys for Defendants
Palo Alto Networks, Inc. and Patrick R. Brogan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __6/23/09_____

_____
Hon. Ronald M. Whyte

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [] ORDER CONTINUING
INITIAL CMC/ CASE NO. CV 09 00036 RMW — - 3 -

23938\1913094.2
23938\1970598.1