1  Andrew Leibnitz (State Bar No. 184723)
       aleibnitz@fbm.com
2  Brian J. Keating (State Bar No. 167951)
       bkeating@fbm.com
3  Megan W. Howard (State Bar No. 200759)
       mhoward@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

*E-FILED - 8/11/09*

7  Attorneys for Plaintiff
   FORTINET, INC.

8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 FORTINET, INC.,                          Case No. CV 09-00036 RMW

13         Plaintiff,                       **STIPULATION AND []
                                            ORDER TO AMEND COMPLAINT**
14    vs.
                                            Dept.:    Courtroom 6, 4th Floor
15 PALO ALTO NETWORKS, INC. and             Judge:    Honorable Ronald M. Whyte
   PATRICK R. BROGAN,
16                                          Complaint Filed:  January 8, 2009
           Defendants.                      Trial Date:       None set
17

18 AND RELATED COUNTERCLAIMS.

19

20     WHEREAS plaintiff Fortinet, Inc. ("Fortinet") is the assignee of U.S. Patent No.

21 7,519,990, issued April 21, 2009, after the Complaint in this suit was first filed;

22     WHEREAS defendant Palo Alto Networks, Inc. ("PAN") has recently acquired U.S.

23 Patent No. 6,912,272; and

24     WHEREAS the parties desire to amend their Complaint and Counterclaims respectively

25 solely to assert these patents;

26     IT IS HEREBY STIPULATED by and between the parties, through their respective

27 counsel undersigned, that:

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER
TO AMEND COMPLAINT
Case No. CV 09-0036 RMW

23938\2010221.1

1  (1)   Fortinet shall have leave to file a First Amended Complaint pursuant to Federal
2  Rule of Civil Procedure 15(a)(2) to assert the '990 Patent.  Fortinet shall file its First Amended
3  Complaint within five days of entry of this Order.

4  (2)   Within 10 days of filing of Fortinet's First Amended Complaint, PAN shall file its
5  Answer to Fortinet's First Amended Complaint and Supplemental Counterclaims to assert the
6  '272 Patent.

7  (3)   The Case Management Conference, currently set for August 21, 2009 at 10:30
8  a.m., is continued to October 9, 2009 at 10:30 a.m.  The parties shall meet and confer pursuant to
9  Federal Rule of Civil Procedure 26(f) by September 18, 2009 and file a Case Management
10 Statement and complete initial disclosures or state objection in Rule 26(f) report by October 2,
11 2009.

Dated:  August 10, 2009                           FARELLA BRAUN & MARTEL LLP

                                                  By:   /s/ Roderick M. Thompson
                                                         Roderick M. Thompson

                                                  Attorneys for Plaintiff
                                                  FORTINET, INC.

Dated:  August 10, 2009                           DURIE TANGRI LLP

                                                  By:  /s/ Ragesh Tangri
                                                         Ragesh Tangri

                                                  Attorneys for Defendants
                                                  PALO ALTO NETWORKS, INC. AND
                                                  PATRICK R. BROGAN

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Roderick M. Thompson, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND  ORDER
TO AMEND COMPLAINT                    - 2 -                                           23938\2010221.1
Case No. CV 09-0036 RMW

1  United States of America that the foregoing is true and correct.  Executed this 11th day of August,
2  2009 at San Francisco, California.

3  Dated:  August 10, 2009                              FARELLA BRAUN & MARTEL LLP

5                                                          By:  /s/ Roderick M. Thompson
                                                                    Roderick M. Thompson

7                                                          Attorneys for Plaintiff
                                                              FORTINET, INC.

### [] ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:  __8/11_____, 2009            *Ronald M. Whyte*
                                                           Hon. Ronald M. Whyte
                                                           United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER
TO AMEND COMPLAINT                    - 3 -                              23938\2010221.1
Case No. CV 09-0036 RMW