Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Andrew Leibnitz (State Bar No. 184723
aleibnitz@fbm.com
Megan W. Howard (State Bar No. 200759)
mhoward@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
FORTINET, INC.

Daralyn J. Durie (State Bar No. 169825)
ddurie@durietangri.com
Ragesh Tangri (State Bar No. 159497)
rtangri@durietangri.com
Ryan M. Kent (State Bar No. 220441)
rkent@durietangri.com
DURIE TANGRI LLP
332 Pine Street
San Francisco, CA 94104
Telephone: (415) 362-6666

Attorneys for Defendants-Counterclaim Plaintiffs
PALO ALTO NETWORKS and
PATRICK R. BROGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/26/09*

| | |
|---|---|
| FORTINET, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PALO ALTO NETWORKS, INC. and PATRICK R. BROGAN,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 09-00036 RMW<br><br>**STIPULATION AND []**<br>**ORDER SETTING PRELIMINARY CASE**<br>**MANAGEMENT SCHEDULE**<br><br>Dept.: Courtroom 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte<br><br>Complaint Filed: January 8, 2009<br>Trial Date: None set |

In accordance with the direction from the Court at the October 2, 2009 Case Management Conference, Plaintiff/Counter Defendant Fortinet Inc. ("Fortinet") and Defendants/Counterclaim Plaintiffs Palo Alto Networks, Inc. ("PAN") and Patrick R. Brogan ("Brogan") (collectively "Defendants") submit this Stipulated Case Management Order.

1. The parties shall exchange their Disclosures of Asserted Claims and Infringement Contentions pursuant to Local Patent Rule 3-1 and make their Document Production Accompanying Disclosure pursuant to Local Patent Rule 3-2 on or before November 9, 2009.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER
SETTING CASE MANAGEMENT
SCHEDULE / Case No. CV 09-0036 RMW

23938\2069374.1

2. The parties shall exchange their Invalidity Contentions pursuant to Local Patent Rule 3-3, make their Document Production Accompanying Invalidity Contentions pursuant to Local Patent Rule 3-4(b) on or before December 11, 2009, and make their Document Production Accompanying Invalidity Contentions pursuant to Local Patent Rule 3-4(a) on or before November 16, 2009.

3. Plaintiff Fortinet shall be entitled to take a Rule 30(b)(6) deposition of Defendant PAN regarding the technical operation of its accused devices. Defendants shall be entitled to take a Rule 30(b)(6) deposition of Plaintiff Fortinet regarding the technical operation of its accused devices.

4. The parties agree to make their witnesses available for the depositions as outlined in the preceding paragraph, if requested, no later than January 15, 2010 and to participate in alternative dispute resolution ("ADR") before Dr. Nick Nichols before January 31, 2010. Should Dr. Nichols be unable to facilitate the parties' ADR process by January 31, 2010, the parties will agree upon an alternate neutral. The parties agree to participate in an Early Neutral Evaluation/Mediation ("ENE" and "mediation") according to the ADR Local Rules. Specifically, the parties agree that the ENE should convert to mediation such that Dr. Nichols would complete his evaluation but would then commence to mediate the case and would retain discretion to decide the best time at which to disclose the results of his evaluation.

5. The parties request a further Case Management Conference thereafter on February 19 or March 5, 2010. The Court sets the Case Management Conference for
 March 5, 2010 @ 10:30 a.m. __.

6. Neither party shall be entitled to take discovery other than the discovery permitted according to paragraphs 1-3 herein until and unless the Court permits such discovery at the Case Management Conference. If the Court is unable to schedule a Case Management Conference on or before March 19, 2010, however, Fortinet reserves the right to initiate discovery consistent with the Federal Rules of Civil Procedure, and Defendants reserve the right to object consistent with the Federal Rules of Civil Procedure.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER
SETTING CASE MANAGEMENT - 2 -
SCHEDULE / Case No. CV 09-0036 RMW

23938\2069374.1

| | |
|---|---|
| Dated: October 13, 2009 | FARELLA BRAUN & MARTEL LLP |
| | By: /s/ Roderick M. Thompson |
| | Roderick M. Thompson |
| | Attorneys for Plaintiff<br>FORTINET, INC. |
| Dated: October 13, 2009 | DURIE TANGRI LLP |
| | By: /s/ Ragesh Tangri |
| | Ragesh Tangri |
| | Attorneys for Defendants<br>PALO ALTO NETWORKS, INC. AND<br>PATRICK R. BROGAN |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Roderick M. Thompson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of October 2009, at San Francisco, California.

| | |
|---|---|
| Dated: October 13, 2009 | FARELLA BRAUN & MARTEL LLP |
| | By: /s/ Roderick M. Thompson |
| | Roderick M. Thompson |
| | Attorneys for Plaintiff<br>FORTINET, INC. |

**[] ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: 10/26, 2009

*Ronald M. Whyte*

Hon. Ronald M. Whyte
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER
SETTING CASE MANAGEMENT - 3 -
SCHEDULE / Case No. CV 09-0036 RMW

23938\2069374.1