| | |
|---|---|
| MICHAEL A. LADRA (St. Bar No. 64037)<br>  Email: mladra@wsgr.com<br>JAMES C. YOON (St. Bar No. 177155)<br>  Email: jyoon@wsgr.com<br>STEFANI E. SHANBERG (St. Bar No. 206717)<br>  Email: sshanberg@wsgr.com<br>ROBIN L. BREWER (St. Bar No. 253686)<br>  Email: rbrewer@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Plaintiff and Counterclaim<br>Defendant FORTINET, INC. | DURIE TANGRI LLP<br>RAGESH K. TANGRI (St. Bar No. 159497)<br>  Email: rtangri@durietangri.com<br>DARALYN J. DURIE (St. Bar No. 169825)<br>  Email: ddurie@durietangri.com<br>RYAN M. KENT (St. Bar No. 220441)<br>  Email: rkent@durietangri.com<br>332 Pine Street, Suite 2000<br>San Francisco, CA 94104-3214<br>Telephone: (415) 362-6666<br>Facsimile: (415) 326-6300<br><br>Attorneys for Defendants and Counterclaim<br>Plaintiffs PALO ALTO NETWORKS, INC.<br>AND PATRICK BROGAN |

***E-FILED - 1/21/10***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC., and<br>PATRICK R. BROGAN,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.: 09-CV-00036-RMW<br><br>**STIPULATION AND []**<br>**ORDER FOR LEAVE TO FILE**<br>**SECOND AMENDED COMPLAINT** |

WHEREAS Plaintiff and Counterclaim Defendant Fortinet, Inc. ("Fortinet") is the assignee of U.S. Patent No. 7,173,311 ("the '311 patent"), issued February 13, 2007, and U.S. Patent No. 7,580,974 ("the '974 patent"), issued August 25, 2009;

WHEREAS Fortinet desires to file its Second Amended Complaint attached hereto as Exhibit A solely to assert these two additional patents;

| | |
|---|---|
| 1 | WHEREAS Fortinet makes this request to amend in good faith and out of a desire to conserve judicial and parties' resource, as the technology at issue in the '311 patent and the '974 patent is similar to that already at issue in this case; |

WHEREAS Fortinet makes this request to amend in good faith and out of a desire to conserve judicial and parties' resource, as the technology at issue in the '311 patent and the '974 patent is similar to that already at issue in this case;

WHEREAS Defendant and Counterclaim Plaintiff Palo Alto Networks, Inc. ("Palo Alto Networks") does not oppose Fortinet filing a Second Amended Complaint to assert the '311 and '974 patents;

WHEREAS Fortinet does not oppose an extension of Palo Alto Networks' deadline to respond to the Second Amended Complaint until 20 days after completion of the ENE/meditation scheduled for January 25-26, 2010, should the ENE/mediation be unsuccessful in resolving the dispute between the parties;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel undersigned, that:

Fortinet shall have leave to file a Second Amended Complaint attached hereto as Exhibit A pursuant to Federal Rule of Civil Procedure 15(a)(2) to assert the '311 and '974 patents, and Palo Alto Networks shall have until 20 days after completion of the ENE/mediation scheduled for January 25-26, 2010, to respond to the Second Amended Complaint.

Dated: January 11, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
      Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant FORTINET, INC.

Dated: January 11, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ryan M. Kent
      Ryan M. Kent

Attorneys for Defendants and Counterclaim Plaintiffs PALO ALTO NETWORKS, INC. AND PATRICK BROGAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/21/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte