Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Brian Keating (State Bar No. 167951)
bkeating@fbm.com
Megan W. Howard (State Bar No. 200759)
mhoward@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

*E-FILED - 1/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PALO ALTO NETWORKS, INC. and PATRICK R. BROGAN, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV 09-00036 RMW <br><br> **STIPULATED WITHDRAWAL OF FARELLA BRAUN + MARTEL LLP AS CO-COUNSEL FOR PLAINTIFF-COUNTERCLAIM DEFENDANT FORTINET, INC. AND ORDER** |

WHEREAS Plaintiff-Counterclaim Defendant Fortinet, Inc. ("Fortinet") is currently represented in this matter by both the law firms of Wilson Sonsini Goodrich & Rosati, P.C. and Farella Braun + Martel, LLP;

WHEREAS Fortinet has agreed to permit Farella Braun + Martel, LLP to withdraw as counsel while Wilson Sonsini Goodrich & Rosati, P.C. remains as counsel for Fortinet;

IT IS HEREBY STIPULATED THAT Roderick Thompson, Andrew Leibnitz, Brian Keating, and Megan Howard, and the law firm of Farella Braun + Martel LLP withdraw as counsel for Fortinet in the above entitled action.

Dated: January 20, 2010                FARELLA BRAUN + MARTEL LLP


By:  /s/ Megan W. Howard
       Megan W. Howard

Attorneys for Plaintiff-Counterclaim Defendant
FORTINET, INC.

Dated: January 20, 2010                WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


By:  /s/ Stefani E. Shanberg
       Stefani E. Shanberg

Attorneys for Plaintiff-Counterclaim Defendant
FORTINET, INC.

Dated: January 20, 2010                DURIE TANGRI LLP


By:  /s/ Ragesh Tangri
       Ragesh Tangri

Attorneys for Defendants PALO ALTO
NETWORKS, INC. and PATRICK R. BROGAN

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. WITHDRAWAL OF COUNSEL
Case No. CV 09-0036 RMW                - 2 -                                    23938\2140790.2

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45** |
| 2 | I, Megan W. Howard, attest that concurrence in the filing of this document has been |
| 3 | obtained from the other signatories. I declare under penalty of perjury under the laws of the |
| 4 | United States of America that the foregoing is true and correct. Executed this 20th day of January |
| 5 | 2010, at San Francisco, California. |

Dated: January 20, 2010         FARELLA BRAUN & MARTEL LLP

By: /s/ Megan W. Howard
            Megan W. Howard
Attorneys for Plaintiff-Counterclaim Defendant
FORTINET, INC.

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/21 , 2010

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400