UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FORTINET, INC., et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC., et al.,<br>　　　　Defendants.<br>_____/ | No. C 09-0036 RMW<br><br>**ORDER APPROVING REQUEST FOR DEFENDANT PATRICK BROGAN NOT TO APPEAR AT THE ENE/MEDIATION SESSION**<br><br>Date:　　January 25, 2010<br>Mediator:　A. J. Nichols |

　　IT IS HEREBY ORDERED that defendant Patrick Brogan is excused from personally attending the January 25, 2010, ENE and mediation hybrid session before Robert Ebe.

　　IT IS SO ORDERED.

January 21, 2010　　　　　By:　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　United States Magistrate Judge