| | |
|---|---|
| 1    MICHAEL A. LADRA (St. Bar No. 64037) | RAGESH K. TANGRI (St. Bar No. 159497) |
|      Email: mladra@wsgr.com |      Email: rtangri@durietangri.com |
| 2    JAMES C. YOON (St. Bar No. 177155) | DARALYN J. DURIE (St. Bar No. 169825) |

MICHAEL A. LADRA (St. Bar No. 64037)
  Email: mladra@wsgr.com
JAMES C. YOON (St. Bar No. 177155)
  Email: jyoon@wsgr.com
STEFANI E. SHANBERG (St. Bar No. 206717)
  Email: sshanberg@wsgr.com
ROBIN L. BREWER (St. Bar No. 253686)
  Email: rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

RAGESH K. TANGRI (St. Bar No. 159497)
  Email: rtangri@durietangri.com
DARALYN J. DURIE (St. Bar No. 169825)
  Email: ddurie@durietangri.com
RYAN M. KENT (St. Bar No. 220441)
  Email: rkent@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 326-6300

*E-FILED - 2/12/10*

Attorneys for Plaintiff and Counterclaim
Defendant FORTINET, INC.

Attorneys for Defendants and Counterclaim
Plaintiffs PALO ALTO NETWORKS, INC.
AND PATRICK BROGAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO.: 09-CV-00036-RMW <br><br> **STIPULATED NOTICE OF CONTINUANCE OF HEARING DATE ON FORTINET'S SUMMARY JUDGMENT MOTION [CURRENTLY NOTICED FOR MARCH 5, 2010]** <br><br> **AND ORDER** |

WHEREAS Plaintiff and Counterclaim Defendant Fortinet, Inc. ("Fortinet") and Defendant and Counterclaim Plaintiff Palo Alto Networks, Inc. ("Palo Alto Networks") have agreed to a continuance pursuant to Local Rule 7-7 of the hearing date for Fortinet's motion for summary judgment of noninfringement;

WHEREAS no opposition has been filed;

WHEREAS Palo Alto Networks believes Fortinet's motion is properly heard after the parties have briefed claim construction issues in this matter;

WHEREAS the parties have agreed upon a schedule for claim construction and summary judgment briefing in this matter, and the parties will propose the same to the Court in the form of a Joint Subsequent Case Management Conference Statement in advance of the Subsequent Case Management Conference scheduled before this Court on March 5, 2010; and

WHEREAS the parties have agreed that if there are multiple summary judgment motions to be heard on the date upon which Fortinet's motion ultimately comes before the Court, Fortinet's motion filed on January 18, 2010 and refiled on January 26, 2010, shall be the first summary judgment motion heard by the Court to the extent that such ordering is acceptable to the Court.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel undersigned, that:

The hearing on Fortinet's motion for summary judgment of noninfringement shall be continued to the date of the claim construction hearing set by the Court in this matter, or such other date as the Court prefers following claim construction briefing in this matter.

Dated: February 11, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
     Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim
Defendant FORTINET, INC.

Dated: February 11, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ryan M. Kent
     Ryan M. Kent

Attorneys for Defendants and Counterclaim
Plaintiffs PALO ALTO NETWORKS, INC.
AND PATRICK BROGAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/12/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

# **ATTESTATION CLAUSE**

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that Ryan M. Kent of Durie Tangri LLP has concurred in this filling

Dated: February 11, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Stefani E. Shanberg
      Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant FORTINET, INC.