MICHAEL A. LADRA, State Bar No. 64037
   Email: mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
   Email: jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
   Email: sshanberg@wsgr.com
ROBIN L. BREWER, State Bar No. 253686
   Email: rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: 09-CV-00036-RMW (PVT) <br><br> **ORDER GRANTING FORTINET'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTSION PURSUANT TO PATENT L.R. 3-1 AND 3-6** |

Having considered Plaintiff Fortinet, Inc.'s Unopposed Motion for Leave to Supplement Disclosure of Asserted Claims and Infringement Contentions Pursuant to Patent Local Rules 3-1 and 3-6 for United States Patent Nos. 7,376,125 and 7,519,990, the papers in support and all other matters presented to the Court and good cause appearing;

IT IS HEREBY ORDERED THAT:

Plaintiff Fortinet, Inc.'s Unopposed Motion for Leave to Supplement Disclosure of Asserted Claims and Infringement Contentions Pursuant to Patent Local Rules 3-1 and 3-6 for United States Patent Nos. 7,376,125 and 7,519,990 is GRANTED.

Dated: March 31, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

  /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.