DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 362-6666
Facsimile:   (415) 236-6300

Attorneys for Defendants - Counterclaim Plaintiff
PALO ALTO NETWORKS, INC. and
Defendant PATRICK R. BROGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>PALO ALTO NETWORKS, INC., and<br>PATRICK R. BROGAN,<br><br>                Defendants. | Case No. 09-CV-00036-RMW (PVT)<br><br>**ORDER**<br><br>Judge:  Honorable Ronald M. Whyte |
| AND RELATED COUNTERCLAIMS | |

1  Having considered Defendant Palo Alto Networks, Inc.'s Unopposed Motion for Leave to
2  Supplement Invalidity Contentions Pursuant to Patent Local Rule 3-6 for United States Patent No.
3  7,519,990, the papers in support and all other matters presented to the Court and good cause appearing;
4  IT IS HEREBY ORDERED THAT:
5  Defendant Palo Alto Networks, Inc.'s Unopposed Motion for Leave to Supplement Invalidity
6  Contentions Pursuant to Patent Local Rule 3-6 for United States Patent No. 7,519,990 is GRANTED.

Dated:    May 3, 2010            By: *Ronald M. Whyte*
                                    The Honorable Ronald M. Whyte
                                    United States District Court Judge