DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants and Counterclaim Plaintiff
PALO ALTO NETWORKS, Inc. and
Defendant PATRICK R. BROGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 09-cv-00036-RMW (PVT)<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:  Hon. Ronald M. Whyte |

The Court has received Defendant and Counterclaim Plaintiff Palo Alto Network's and Defendant Patrick R. Brogan's ("PAN's") Administrative Request to File Documents Under Seal and the Declaration of Ryan M. Kent in support of that request, filed May 28, 2010.  The motion is GRANTED.

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Portions of PAN's Notice of Motion and Motion for Summary Judgment of Non-Infringement Regarding the '125 and '311 Patents;
- Declaration of Nir Zuk in Support of Motion for Summary Judgment of Non-Infringement of the '125 and '311 Patents.

SO ORDERED.

Dated:  June 29, 2010

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on May 28, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| **Michael A. Ladra** | mladra@wsgr.com |
| **James C. Yoon** | jyoon@wsgr.com |
| **Stefani E. Shanberg** | sshanberg@wsgr.com |
| **Robin L. Brewer** | rbrewer@wsgr.com |

Dated: May 28, 2010                                                       DURIE TANGRI LLP


                                                                          By:   /s/ Ryan M. Kent
                                                                                Ryan M. Kent

                                                                          Attorneys for Defendants – Counterclaim
                                                                          Plaintiff PALO ALTO NETWORKS, INC. and
                                                                          Defendant PATRICK R. BROGAN