1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   RAGESH K. TANGRI (SBN 159477)
3  rtangri@durietangri.com
   RYAN M. KENT (SBN 220441)
4  rkent@durietangri.com
5  217 Leidesdorff Street
   San Francisco, CA 94111
6  Telephone:   415-362-6666
7  Facsimile:   415-236-6300

8  Attorneys for Defendants and Counterclaim Plaintiff
   PALO ALTO NETWORKS, Inc. and
9  Defendant PATRICK R. BROGAN

10                     IN THE UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

| | |
|---|---|
| 13  FORTINET, INC. | Case No. 09-cv-00036-RMW (PVT) |
| 14              Plaintiff, | **ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| 15      v. | |
| 16  PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN | Judge:  Hon. Ronald M. Whyte |
| 17              Defendants. | |
| 18  AND RELATED COUNTERCLAIMS. | |

---

ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER
SEAL
Case No. 09-cv-00036-RMW (PVT)

1   The Court has received Defendant and Counterclaim Plaintiff Palo Alto Network's and Defendant Patrick R. Brogan's Administrative Request to File Documents Under Seal and the Declaration of Ryan M. Kent in support of that request, filed May 28, 2010.  The motion is GRANTED.

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Exhibit B to the Declaration of Ryan Kent;
- the Declaration of Nir Zuk in Support of Motion for Summary Judgment of Non-infringement of the '990 Patent.

SO ORDERED.

Dated:  June 29, 2010

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on May 28, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| **Michael A. Ladra** | mladra@wsgr.com |
| **James C. Yoon** | jyoon@wsgr.com |
| **Stefani E. Shanberg** | sshanberg@wsgr.com |
| **Robin L. Brewer** | rbrewer@wsgr.com |

Dated:  May 28, 2010              DURIE TANGRI LLP


                                  By:     /s/ Ryan M. Kent
                                       Ryan M. Kent

                                       Attorneys for Defendants – Counterclaim
                                       Plaintiff PALO ALTO NETWORKS, INC. and
                                       Defendant PATRICK R. BROGAN