DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendants and Counterclaim Plaintiff
PALO ALTO NETWORKS, Inc. and
Defendant PATRICK R. BROGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>                 Plaintiff,<br><br>  v.<br><br>PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN<br><br>                 Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 09-cv-00036-RMW (PVT)<br><br>**ORDER**<br>**GRANTING ADMINISTRATIVE REQUEST**<br>**TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:   Hon. Ronald M. Whyte |

1 | The Court has received Defendant and Counterclaim Plaintiff Palo Alto Network's and Defendant Patrick R. Brogan's ("PAN's") Administrative Request to File Documents Under Seal and the Declaration of Ryan M. Kent in support of that request, filed May 28, 2010.  The motion is GRANTED.

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Portions of Notice of Motion and Motion for Summary Judgment of Non-Infringement and Invalidity Regarding the '974 Patent;
- Declaration of Nir Zuk in Support of Motion for Summary Judgment of Non-Infringement and Invalidity of the '974 Patent.

SO ORDERED.

Dated:  June 29, 2010

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on June 21, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| **Michael A. Ladra** | mladra@wsgr.com |
| **James C. Yoon** | jyoon@wsgr.com |
| **Stefani E. Shanberg** | sshanberg@wsgr.com |
| **Robin L. Brewer** | rbrewer@wsgr.com |

Dated:  June 21, 2010

DURIE TANGRI LLP

By:   /s/ Ryan M. Kent
Ryan M. Kent

Attorneys for Defendants – Counterclaim Plaintiff PALO ALTO NETWORKS, INC. and Defendant PATRICK R. BROGAN