1  MICHAEL A. LADRA, State Bar No. 64037
       Email: mladra@wsgr.com
2  JAMES C. YOON, State Bar No. 177155
       Email: jyoon@wsgr.com
3  STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
4  ARIANA M. CHUNG-HAN (State Bar No. 197572)
       Email: achung@wsgr.com
5  ROBIN L. BREWER, State Bar No. 253686
       Email: rbrewer@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
9
   Attorneys for Plaintiff and Counterclaim Defendant
10 FORTINET, INC.

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                       **SAN JOSE DIVISION**

| | |
|---|---|
| 14  FORTINET, INC., a Delaware corporation, | ) CASE NO.: 09-CV-00036-RMW (PVT) |
| 15         Plaintiff, | ) **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL PERTAINING TO FORTINET, INC.'S OPPOSITION TO PALO ALTO NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT REGARDING THE '125 AND '311 PATENTS** |
| 16         v. | |
| 17  PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN, | |
| 18         Defendants. | |
| 22  AND RELATED COUNTERCLAIMS | |

ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO.: 09-CV-00036-RMW (PVT)

1  Having considered Plaintiff and Counterclaim Defendant Fortinet, Inc.'s administrative
2  motion to file under seal portions of Fortinet's Opposition to Palo Alto Networks, Inc.'s ("PAN")
3  Motion for Summary Judgment of Noninfringement Regarding the '125 and '311 Patents
4  ("Opposition"), the Declaration of Dr. Matthew A. Bishop in Support of Fortinet's Opposition
5  and exhibits thereto ("Bishop Declaration"), and Exhibit 1 to the Declaration of Stefani E.
6  Shanberg in Support of Fortinet's Opposition ("Confidential Exhibit") pursuant to Civil Local
7  Rules 7-11 and 79-5(c) and good cause appearing:

8  IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

9  Accordingly, the Bishop Declaration, Confidential Exhibit, and the following portions of
10 Fortinet's Opposition are filed under seal:

11  a) TOC i.13-22;

12  b) 1:8-14 (following "Motion at 7 (emphasis in original) . . ." through ". . . Beyond the overwhelming evidence");

13  c) 9:6-12:2;

14  d) 12:7-8;

15  e) 12:12-13:4;

16  f) 13:14-16:1;

17  g) 16:3-16;

18  h) 18:14-21 (following "PAN's supplemental production. Id. paragraph 19. . ." through ". . . Details regarding further discovery");

19  i) 19:14-28 (following "Contrary to PAN's representations . . ." through ". . . For the foregoing reasons"; including the footnote); and

20  j) 20:27-28

23  IT IS SO ORDERED

25  Dated:   June   30,   2010          *Ronald M. Whyte*
                                         The Honorable Ronald M. Whyte
26                                       United States District Court Judge

ORDER GRANTING                          - 1 -
ADMINISTRATIVE MOTION
CASE NO.: 09-CV-00036-RMW (PVT)

1  Presented by:

2  WILSON SONSINI GOODRICH & ROSATI

3   /s/ Stefani E. Shanberg
   Stefani E. Shanberg
4

5  Attorneys for Plaintiff and Counterclaim Defendant
   FORTINET, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING ADMINISTRATIVE      -2-
MOTION
CASE NO.:  09-CV-00036-RMW (PVT)