1  MICHAEL A. LADRA, State Bar No. 64037
       Email: mladra@wsgr.com
2  JAMES C. YOON, State Bar No. 177155
       Email: jyoon@wsgr.com
3  STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
4  ARIANA M. CHUNG-HAN (State Bar No. 197572)
       Email: achung@wsgr.com
5  ROBIN L. BREWER, State Bar No. 253686
       Email: rbrewer@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
9
   Attorneys for Plaintiff and Counterclaim Defendant
10 FORTINET, INC.

11           **UNITED STATES DISTRICT COURT**

12           **NORTHERN DISTRICT OF CALIFORNIA**

13           **SAN JOSE DIVISION**

| | |
|---|---|
| 14 FORTINET, INC., a Delaware corporation, | ) CASE NO.: 09-CV-00036-RMW (PVT) |
| 15        Plaintiff, | ) **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL PERTAINING TO FORTINET INC.'S OPPOSITION TO PALO ALTO NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT REGARDING THE '990 PATENT** |
| 16        v. | |
| 17 PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN, | |
| 18        Defendants. | |
| 22 AND RELATED COUNTERCLAIMS | |

ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO.: 09-CV-00036-RMW (PVT)

3989502_1.DOC

1   Having considered Plaintiff and Counterclaim Defendant Fortinet, Inc.'s administrative
2  motion to file under seal portions of Fortinet's Opposition to Palo Alto Networks, Inc.'s ("PAN")
3  Motion for Summary Judgment of Noninfringement Regarding the '990 Patent ("Opposition"),
4  the Declaration of Dr. Matthew A. Bishop in Support of Fortinet's Opposition and exhibits
5  thereto ("Bishop Declaration"), and Exhibit 1 to the Declaration of Stefani E. Shanberg in
6  Support of Fortinet's Opposition ("Confidential Exhibit") pursuant to Civil Local Rules 7-11 and
7  79-5(c) and good cause appearing:

8   IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

9   Accordingly, the Bishop Declaration, Confidential Exhibit, and the following portions of
10 Fortinet's Opposition are filed under seal:

11  a) TOC i.21-24;
12  b) 1:10-14 (following "During this deposition . . ." through ". . . This testimony");
13  c) 9:11-11:21;
14  d) 12:22-13:17;
15  e) 13:24-25 (following "PAN firewalls (1) . . ." through ". . .To advance its theory");
16  f) 14:1-3;
17  g) 14:6-20 (following "Mr. Zuk testified . . ." through ". . .Because Mr. Zuk's deposition testimony");
18
    h) 14:22 (following "PAN's motion that . . ." through ". . .PAN's motion");
19
    i) 14:27-15:11 (following "because it. . ." through ". . .Id. at 41:14-21");
20
    j) 15:14-17:2;
21
    k) 18:10-12 (following "as discussed. . ." through ". . .Details regarding further"); and
22
23  l) 18:26-28 (following "many relevant aspects of the. . ." through end of the footnote)
24

25  IT IS SO ORDERED

26
                                            *Ronald M. Whyte*
27  Dated:      June    30,    2010      _____
                                         The Honorable Ronald M. Whyte
28                                       United States District Court Judge

ORDER GRANTING                        - 1 -                        3989502_1.DOC
ADMINISTRATIVE MOTION
CASE NO.: 09-CV-00036-RMW (PVT)

Presented by:

WILSON SONSINI GOODRICH & ROSATI

 /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.