MICHAEL A. LADRA, State Bar No. 64037
    Email:  mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
    Email:  jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
    Email:  sshanberg@wsgr.com
ROBIN L. BREWER, State Bar No. 253686
    Email:  rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>PALO ALTO NETWORKS, INC., and<br>PATRICK R. BROGAN,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.:  09-CV-00036-RMW (PVT)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL PERTAINING TO FORTINET, INC.'S OPPOSITION TO PALO ALTO NETWORKS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND INVALIDITY REGARDING THE '974 PATENT** |

1  Having considered Plaintiff and Counterclaim Defendant Fortinet, Inc.'s administrative
2  motion to file under seal portions of Fortinet's Opposition to Palo Alto Networks, Inc.'s ("PAN")
3  Motion for Summary Judgment of Noninfringement and Invalidity Regarding the '974 Patent
4  ("Opposition"), portions of the Declaration of Dr. Matthew A. Bishop in Support of Fortinet's
5  Opposition ("Bishop Declaration"), and Exhibit 1 to the Declaration of Stefani E. Shanberg in
6  Support of Fortinet's Opposition ("Confidential Exhibit") pursuant to Civil Local Rules 7-11 and
7  79-5(c) and June 30, 2010good cause appearing:

8  IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

9  Accordingly, the Confidential Exhibit, portions of the Bishop Declaration identified in
10 the Administrative Motion and the following portions of Fortinet's Opposition filed under seal:

11     a) TOC i.16 (following "PAN's products do not. . ." through the end of the line);
12     b) TOC i.17-23;
13     c) 1:10-15;
14     d) 4:11-12;
15     e) 4:15-6:9;
16     f) 6:14;
17     g) 6:16-20;
18     h) 6:22;
19     i) 6:24-26;
20     j) 7:1-6;
21     k) 7:7-9 (following "it is woefully incomplete. . ." through ". . .(2) Mr. Zuk's Deposition");
22     l) 7:13-8:8;
23     m) 8:13-14 (following "PAN firewalls are . . ." through end of line 14);
24     n) 8:19-25;
25     o) 9:3 (following "PAN's products do not . . ." through end of the line);
26     p) 9:4-5 (following "PAN products . . ." through ". . .Motion at 1, 7");
27     q) 9:6-10:16;
28

ORDER GRANTING
ADMINISTRATIVE MOTION     - 1 -     3989501_1.DOC
CASE NO.: 09-CV-00036-RMW (PVT)

r) 18:16-17 (following "products practice . . ." through ". . .Details regarding further discovery"); and

s) 18:25-28 (following "241:15-16. . ." through end of footnote)

IT IS SO ORDERED

Dated: June 30, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

/s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

---

FORTINET'S ADMINISTRATIVE MOTION TO FILE
UNDER SEAL PORTIONS OF FORTINET'S
OPPOSITION TO MOTION TO DISMISS
CASE NO.: CV 08-05371 MMC

-2-

3989501_1.DOC