DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendants and Counterclaim Plaintiff
PALO ALTO NETWORKS, Inc. and
Defendant PATRICK R. BROGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC., and<br>PATRICK R. BROGAN<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 09-cv-00036-RMW (PVT)<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:  Honorable Ronald M. Whyte |

1 | The Court has received Defendant and Counterclaim Plaintiff Palo Alto Networks' and Defendant Patrick R. Brogan's Administrative Request to File Documents Under Seal and the Declaration of Ryan M. Kent in support of that request, filed June 30, 2010.  The motion is GRANTED.

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Portions of the Reply Memorandum in Support of Motion for Summary Judgment of Non-Infringement Regarding the '990 Patent;

- the Supplemental Declaration of Nir Zuk in Support of Motion for Summary Judgment of Non-Infringement of the '990 Patent;

- Exhibit 1 to the Declaration of Ryan M. Kent in Support of Reply Motion for Summary Judgment of Non-Infringement Regarding the '990 Patent.

SO ORDERED.

Dated:  July 8, 2010

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

---

ORDER GRANTING ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. 09-CV-00036-RMW (PVT)