1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   RAGESH K. TANGRI (SBN 159477)
3  rtangri@durietangri.com
   RYAN M. KENT (SBN 220441)
4  rkent@durietangri.com
5  217 Leidesdorff Street
   San Francisco, CA 94111
6  Telephone:  415-362-6666
   Facsimile:   415-236-6300
7
8  Attorneys for Defendants and Counterclaim Plaintiff
   PALO ALTO NETWORKS, Inc. and
9  Defendant PATRICK R. BROGAN

10               IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  FORTINET, INC.                        Case No. 09-cv-00036-RMW (PVT)

14                      Plaintiff,        **ORDER GRANTING**
                                          **ADMINISTRATIVE REQUEST TO FILE**
15        v.                              **DOCUMENTS UNDER SEAL**

16  PALO ALTO NETWORKS, INC., and
    PATRICK R. BROGAN                     Judge:   Honorable. Ronald M. Whyte
17
                        Defendants.
18
    AND RELATED COUNTERCLAIMS.
19

20

21

22

23

24

25

26

27

28

1    The Court has received Defendant and Counterclaim Plaintiff Palo Alto Networks' and Defendant

2   Patrick R. Brogan's ("PAN's") Administrative Request to File Documents Under Seal and the

3   Declaration of Ryan M. Kent in support of that request, filed June 30, 2010.  The motion is

4   GRANTED.

5       IT IS HEREBY ORDERED that the following documents shall be filed under seal:

6       • Portions of Reply Memorandum in Support of  Motion for Summary Judgment of Non-

7         Infringement and Invalidity Regarding the '974 Patent;

8       • Supplemental Declaration of Nir Zuk in Support of Motion for Summary Judgment of

9         Non-Infringement and Invalidity of the '974 Patent.

10

11      SO ORDERED.

12



Dated:  July 8, 2010

13                                                    HONORABLE RONALD M. WHYTE
                                                     UNITED STATES DISTRICT JUDGE