1  DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
3  rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
4  rkent@durietangri.com
5  217 Leidesdorff Street
San Francisco, CA 94111
6  Telephone:   415-362-6666
Facsimile:    415-236-6300
7
8  Attorneys for Defendants and Counterclaim Plaintiff
PALO ALTO NETWORKS, Inc. and
9  Defendant PATRICK R. BROGAN

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13  FORTINET, INC.                          Case No. 09-cv-00036-RMW (PVT)

14                        Plaintiff,        **ORDER GRANTING
                                            ADMINISTRATIVE REQUEST TO FILE
15        v.                                DOCUMENTS UNDER SEAL**

16  PALO ALTO NETWORKS, INC., and
PATRICK R. BROGAN                       Judge:   Honorable Ronald M. Whyte
17
18                        Defendants.

19  AND RELATED COUNTERCLAIMS.

20

21

22

23

24

25

26

27

28

1   The Court has received Defendant and Counterclaim Plaintiff Palo Alto Networks' and Defendant

2   Patrick R. Brogan's ("PAN's") Administrative Request to File Documents Under Seal and the

3   Declaration of Ryan M. Kent in support of that request, filed June 30, 2010.  The motion is GRANTED.

4       IT IS HEREBY ORDERED that the following documents shall be filed under seal:

5       • Portions of PAN's Reply Memorandum in Support of Motion for Summary Judgment of

6         Non-Infringement Regarding the '125 and '311 Patents;

7       • Supplemental Declaration of Nir Zuk in Support of Motion for Summary Judgment of

8         Non-Infringement of the '125 and '311 Patents.

9       SO ORDERED.

10

Dated:  July 8, 2010

11           HONORABLE RONALD M. WHYTE
        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL
Case No. 09-cv-00036-RMW (PVT)