MICHAEL A. LADRA, State Bar No. 64037
   Email:  mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
   Email:  jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
   Email:  sshanberg@wsgr.com
ARIANA M. CHUNG-HAN (State Bar No. 197572)
   Email: achung@wsgr.com
ROBIN L. BREWER, State Bar No. 253686
   Email:  rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.:  09-CV-00036-RMW (PVT)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL PERTAINING TO PLAINTIFF FORTINET, INC.'S MOTION FOR LEAVE TO SUPPLEMENT AND AMEND DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT LOCAL RULES 3-1 AND 3-6** |

1    Having considered Plaintiff and Counterclaim Defendant Fortinet, Inc.'s administrative motion to file under seal portions of Fortinet's Motion for Leave to Supplement and Amend Disclosure of Asserted Claims and Infringement Contentions Pursuant to Patent Local Rules 3-1 and 3-6 ("Motion for Leave to Supplement and Amend Infringement Contentions") pursuant to Civil Local Rules 7-11 and 79-5(c) and good cause appearing:

IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

Accordingly, the following portions of Fortinet's Objections shall be filed under seal:

a) 4:21-5:4 (beginning with "For example, . . ." through the end of paragraph);

b) 6:16-7:2 (beginning of the line through the end of paragraph);

c) 7:17-18 (following "(*e.g.*, . . ." through the end of parenthetical);

d) 7:25-26 (following "to such . . ." through the end of sentence);

e) 8:1-2 (following "Nir Zuk that . . ." through the end of sentence);

f) 8:2-4 (following "additional evidence that the . . ." through ". . . processors,");

g) 12:5-11 (beginning with "discussing . . ." through the end of paragraph).

IT IS SO ORDERED

Dated:   July   19,   2010          _____
                                    The Honorable Ronald M. Whyte
                                    United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

 /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

ORDER GRANTING                       - 1 -                    4020640_1.DOC
ADMINISTRATIVE MOTION
CASE NO.:  09-CV-00036-RMW (PVT)