MICHAEL A. LADRA, State Bar No. 64037
   Email: mladra@wsgr.com
JAMES C. YOON, State Bar No. 177155
   Email: jyoon@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
   Email: sshanberg@wsgr.com
ARIANA M. CHUNG-HAN (State Bar No. 197572)
   Email: achung@wsgr.com
ROBIN L. BREWER, State Bar No. 253686
   Email: rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 09-CV-00036-RMW (PVT)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL PERTAINING TO FORTINET, INC.'S OBJECTIONS AND MOTION TO STRIKE NEW EVIDENCE AND NEW ARGUMENTS PRESENTED IN PALO ALTO NETWORKS, INC.'S REPLY MEMORANDA IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |

1  Having considered Plaintiff and Counterclaim Defendant Fortinet, Inc.'s administrative
2  motion to file under seal portions of Fortinet's Objections and Motion to Strike New Evidence
3  and New Arguments Presented in Palo Alto Networks, Inc.'s ("PAN") Reply Memoranda in
4  Support of Motions for Summary Judgment ("Objections and Motion to Strike"), and Exhibits 1,
5  2, and 4 thereto, pursuant to Civil Local Rules 7-11 and 79-5(c) and good cause appearing:

6  IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

7  Accordingly, the following portions of Fortinet's Objections and Motion to Strike shall
8  be filed under seal:

9  a) 2:18-22 (following "because . . ." through end of sentence);
10 b) 2:23-24 (following "maintained that the . . ." through before ". . . and, as a
11    result");
12 c) 2:27-3:1 (following "testimony that . . ." through before ". . . did PAN then
13    backpedal");
14 d) 3:3-4 (following "position that the . . ." through end of sentence);
15 e) 3:5-7 (following "(emphasis added) . . ." through end of sentence);
16 f) 3:7-8 (following "noninfringement argument . . ." through before ". . . was
17    baseless");
18 g) 3:11 (the six words following "must mean . . .");
19 h) 3:12 (beginning of the line through end of sentence);
20 i) 5:3 (beginning of the line through end of sentence);
21 j) 5:3-6 (following "*See* Doc # 117 at 7 . . ." through end of sentence);
22 k) 5:8-9 (following "PAN admitted that . . ." through end of sentence);
23 l) 5:13-14 (following "because . . ." through end of sentence);
24 m) 5:17 (the three words following "did it argue that. . .").
25 //
26 //
27 //
28 //

ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO.: 09-CV-00036-RMW (PVT)

- 1 -

4019798_1.DOC

1   Further, Exhibits 1, 2 and 4 attached thereto shall be filed under seal.

3   IT IS SO ORDERED

5   Dated:      July    19,    2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

8   Presented by:

9   WILSON SONSINI GOODRICH & ROSATI

10   /s/ Stefani E. Shanberg
Stefani E. Shanberg

12   Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.