DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants and Counterclaim Plaintiff
PALO ALTO NETWORKS, Inc. and
Defendant PATRICK R. BROGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.<br><br>                Plaintiff,<br><br>   v.<br><br>PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN<br><br>                Defendants. | Case No. 09-cv-00036-RMW (PVT)<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Honorable. Ronald M. Whyte |
| AND RELATED COUNTERCLAIMS. | |

1  The Court has received Defendant and Counterclaim Plaintiff Palo Alto Networks' and Defendant
2  Patrick R. Brogan's ("PAN's") Administrative Request to File Documents Under Seal and the
3  Declaration of Ryan M. Kent in support of that request, filed July 12, 2010.  The motion is
4  GRANTED.

5  IT IS HEREBY ORDERED that the following document shall be filed under seal:

6  - Portions of Palo Alto Networks, Inc's Opposition to Fortinet, Inc's Motion to Strike.

8  SO ORDERED.

9  Dated:  July 19, 2010



HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

---

ORDER GRANTING ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL
Case No. 09-cv-00036-RMW (PVT)