1  MICHAEL A. LADRA, State Bar No. 64037
   Email: mladra@wsgr.com
2  JAMES C. YOON, State Bar No. 177155
   Email: jyoon@wsgr.com
3  STEFANI E. SHANBERG, State Bar No. 206717
   Email: sshanberg@wsgr.com
4  ARIANA M. CHUNG-HAN (State Bar No. 197572)
   Email: achung@wsgr.com
5  ROBIN L. BREWER, State Bar No. 253686
   Email: rbrewer@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation, | CASE NO.: 09-CV-00036-RMW (PVT) |
| Plaintiff, | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL PERTAINING TO FORTINET, INC.'S REPLY IN SUPPORT OF OBJECTIONS AND MOTION TO STRIKE NEW EVIDENCE AND NEW ARGUMENTS PRESENTED IN PALO ALTO NETWORKS, INC.'S REPLY MEMORANDA IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO.: 09-CV-00036-RMW (PVT)

4025927_1.DOC

1   Having considered Plaintiff and Counterclaim Defendant Fortinet, Inc.'s administrative motion to file under seal portions of Fortinet's Reply in Support of Objections and Motion to Strike New Evidence and New Arguments Presented in Palo Alto Networks, Inc.'s ("PAN") Reply Memoranda in Support of Motions for Summary Judgment ("Reply") pursuant to Civil Local Rules 7-11 and 79-5(c), and good cause appearing:

IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

Accordingly, the following portions of Fortinet's Reply shall be filed under seal:

a) 2:7-9 (following "admit that . . ." through end of sentence);

b) 2:11 (following "including that . . ." through ". . . and that");

c) 2:11-12 (following "and that . . ." through ". . . is not");

d) 2:14 (following "interconnectivity of . . ." through ". . . Similarly");

e) 2:15 (following "'allocation' in . . ." through end of line);

f) 2:17-18 (following "reply brief that . . ." through ". . . and that").

IT IS SO ORDERED

Dated:   July 19, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

 /s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO.: 09-CV-00036-RMW (PVT)

- 1 -

4025927_1.DOC