```
 1  DURIE TANGRI LLP
    DARALYN J. DURIE (SBN 169825)
 2  ddurie@durietangri.com
    RAGESH K. TANGRI (SBN 159477)
 3  rtangri@durietangri.com
    RYAN M. KENT (SBN 220441)
 4  rkent@durietangri.com
    JOSEPH C. GRATZ (SBN 240676)
 5  jgratz@durietangri.com
    217 Leidesdorff Street
 6  San Francisco, CA  94111
    Telephone:     415-362-6666
 7  Facsimile:     415-236-6300

 8  Attorneys for Defendants and Counterclaim Plaintiff
    PALO ALTO NETWORKS, INC.
 9  and PATRICK R. BROGAN

10  WILSON SONSINI GOODRICH & ROSATI                    *E-FILED - 8/16/10*
    MICHAEL A. LADRA (State Bar No. 64037)
11  Email: mladra@wsgr.com
    JAMES C. YOON (State Bar No. 177155)
12  Email: jyoon@wsgr.com
    STEFANI E. SHANBERG (State Bar No. 206717)
13  Email: sshanberg@wsgr.com
    ARIANA M. CHUNG-HAN (State Bar No. 197572)
14  Email: achung@wsgr.com
    650 Page Mill Road
15  Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
16  Facsimile: (650) 565-5100

17  Attorneys for Plaintiff and Counterclaim
    Defendant FORTINET, INC.
18
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>        Plaintiff and Counter Defendant,<br><br>        v.<br><br>PALO ALTO NETWORKS, INC., and<br>PATRICK R. BROGAN<br><br>        Defendants and Counterclaim Plaintiff. | Case No. 5:09-cv-00036-RMW (PVT)<br><br>**STIPULATION AND [] ORDER SETTING A BRIEFING SCHEDULE FOR PENDING MOTIONS**<br><br>Date:    October 1, 2010<br>Time:   9:00 a.m.<br>Place:   Courtroom 6 – 4th Flr.<br><br>The Honorable Ronald M. Whyte |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, the current dates relating to Palo Alto Networks, Inc.'s motions for summary judgment and Fortinet's Motion for Leave to Amend Infringement Contentions and related briefing be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fortinet's supplemental brief on summary judgment | None set | August 10, 2010 |
| PAN's supplemental brief on summary judgment | None set | August 20, 2010 |
| Palo Alto Networks' ("PAN's") opposition to Fortinet's Motion for Leave to Amend Infringement Contentions | August 6, 2010 | September 3, 2010 |
| Fortinet's reply with respect to Fortinet's Motion for Leave to Amend Infringement Contentions | August 13, 2010 | September 10, 2010 |
| Hearing on Fortinet's Motion for Leave to Amend Infringement Contentions | August 27, 2010 | October 1, 2010 |

There have been no previous extensions of time with respect to these dates, and no other calendared dates will be affected by this stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

AGREED:

Dated: August 10, 2010                                              DURIE TANGRI LLP


By: */s/ Joseph C. Gratz*
       JOSEPH C. GRATZ

Attorneys for Defendants and Counterclaim Plaintiff PALO ALTO NETWORKS, INC. and PATRICK R. BROGAN

Dated: August 10, 2010                                              WILSON SONSINI GOODRICH & ROSATI


By: */s/ Stefani E. Shanberg*
       STEFANI E. SHANBERG

Attorneys for Plaintiff and Counterclaim Defendant FORTINET, INC

### **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Joseph C. Gratz, attest that concurrence in the filing of this document has been obtained.

Dated: August 10, 2010                          */s/ Joseph C. Gratz*
                                                                    JOSEPH C. GRATZ


### **[] ORDER**

Upon stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED.

Dated: August 16, 2010                          *Ronald M. Whyte*
                                                                    HON. RONALD M. WHYTE
                                                                    UNITED STATES DISTRICT COURT JUDGE