1  MICHAEL A. LADRA, State Bar No. 64037
          Email:  mladra@wsgr.com
2  JAMES C. YOON, State Bar No. 177155
          Email:  jyoon@wsgr.com
3  STEFANI E. SHANBERG, State Bar No. 206717
          Email:  sshanberg@wsgr.com
4  ARIANA M. CHUNG-HAN (State Bar No. 197572)
          Email: achung@wsgr.com
5  ROBIN L. BREWER, State Bar No. 253686
          Email:  rbrewer@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation, | CASE NO.:  09-CV-00036-RMW (PVT) |
| Plaintiff, | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS AND PORTIONS OF DOCUMENTS UNDER SEAL PERTAINING TO PLAINTIFF FORTINET, INC.'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PALO ALTO NETWORK, INC.'S MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1   Having considered Plaintiff and Counterclaim Defendant Fortinet, Inc.'s administrative motion to file under seal portions of Fortinet's Supplemental Brief in Opposition to Palo Alto Network, Inc.'s ("PAN") Motions for Summary Judgment ("Supplemental Brief") and the Declaration of Dr. Matthew A. Bishop in Support of Fortinet's Opposition ("Bishop Supplemental Declaration"), and to file under seal Exhibit B to the Bishop Supplemental Declaration ("Confidential Exhibit") and good cause appearing:

IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

Accordingly, the following portions of Fortinet's Supplemental Brief and the Bishop Supplemental Declaration shall be filed under seal:

a) 2:20-3:5 (beginning with "because" through "387)");
b) Footnote 3;
c) Footnote 5;
d) 6:13-7:2 (beginning with "Mr. Zuk" through end of paragraph);
e) Footnote 9;
f) 7:4-7:12 (beginning with "because" through end of paragraph);
g) 7:16-8:13 (all four bulleted paragraphs);
h) 9:6-12 (beginning with "explaining" through end of sentence);

Fortinet further requests that the following portions of the Bishop Supplemental Declaration be filed under seal:

i) Paragraph 4;
j) 5:22-25 (beginning with "the 'packet flow cache'" through end of sentence);
k) Paragraphs 19-25

In addition, the Confidential Exhibit shall be filed under seal.

IT IS SO ORDERED

Dated:      August    19,    2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge