1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   RAGESH K. TANGRI (SBN 159477)
3  rtangri@durietangri.com
4  RYAN M. KENT (SBN 220441)
   rkent@durietangri.com
5  JOSEPH C. GRATZ (SBN 240676)
   jgratz@durietangri.com
6  217 Leidesdorff Street
   San Francisco, CA 94111
7  Telephone:  415-362-6666
8  Facsimile:   415-236-6300

9  Attorneys for Defendants and Counterclaim Plaintiff
   PALO ALTO NETWORKS, Inc. and
10 Defendant PATRICK R. BROGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC., and<br>PATRICK R. BROGAN<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 09-cv-00036-RMW-PVT<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL**<br><br>Judge:  Honorable Ronald M. Whyte |

ORDER GRANTING ADMIN. REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. 09-cv-00036-RMW-PVT

1  The Court has received Defendant and Counterclaim Plaintiff Palo Alto Network's Administrative Request to File Document under Seal and the Declaration of Ryan M. Kent in support of that request, filed August 20, 2010.  The motion is GRANTED.

IT IS HEREBY ORDERED that excerpts from the following document shall be filed under seal:

- Palo Alto Networks, Inc.'s Response to Fortinet's Supplemental Brief in Opposition to Palo Alto Networks' Motions for Summary Judgment.

SO ORDERED.

Dated:  August 23, 2010

_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE