**E-FILED on**    9/17/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC., | No. C-09-00036 RMW |
|     Plaintiff, | |
| v. | ORDER TO FILE PROPOSED CONTENTIONS |
| PALO ALTO NETWORKS, INC., | **[Re Docket No. 182]** |
|     Defendants. | |

    Fortinet, Inc. ("Fortinet") moves for leave to supplement and amend its infringement contentions. However, Fortinet has not filed with the court its proposed amended infringement contentions. The court orders Fortinet to file its proposed amended infringement contentions, including a redline version showing the changes to its previously served contentions, no later than September 22, 2010.

DATED:    9/17/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO FILE PROPOSED CONTENTIONS —No. C-09-00036 RMW
CCL