MICHAEL A. LADRA (State Bar No. 64037)
    Email:  mladra@wsgr.com
JAMES C. YOON (State Bar No. 177155)
    Email:  jyoon@wsgr.com
STEFANI E. SHANBERG (State Bar No. 206717)
    Email:  sshanberg@wsgr.com
ARIANA M. CHUNG-HAN (State Bar No. 197572)
    Email:  achung@wsgr.com
ROBIN L. BREWER (State Bar No. 253686)
    Email:  rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
FORTINET, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.:  09-CV-00036-RMW (PVT)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PERTAINING TO ORDER TO FILE PROPOSED CONTENTIONS** |

1  Having considered Plaintiff and Counterclaim Defendant Fortinet, Inc.'s administrative
2  motion to file under seal Exhibits A and B to Fortinet's Notice of Filing Pursuant to Order to File
3  Proposed Contentions ("Confidential Exhibits") and good cause appearing:
4     IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.
5     Accordingly, the Confidential Exhibits shall be filed under seal.
6     IT IS SO ORDERED.

8  Dated:   September   29,   2010        *Ronald M. Whyte*
                                              The Honorable Ronald M. Whyte
9                                                United States District Court Judge

11  Presented by:
12  WILSON SONSINI GOODRICH & ROSATI

13   /s/ Stefani E. Shanberg
   Stefani E. Shanberg
14

15  Attorneys for Plaintiff and Counterclaim Defendant
   FORTINET, INC.

ORDER GRANTING         - 1 -        4112377_1.DOC
ADMINISTRATIVE MOTION
CASE NO.:  09-CV-00036-RMW (PVT)