DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant and Counterclaim Plaintiff
PALO ALTO NETWORKS, INC.,
and Defendant PATRICK R. BROGAN

***E-FILED - 9/30/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC., | Case No. 5:09-cv-00036-RMW (PVT) |
| Plaintiff and Counterclaim Defendant, | **STIPULATION AND [] ORDER MOVING HEARING FROM OCTOBER 1 TO OCTOBER 15, 2010** |
| v. | |
| PALO ALTO NETWORKS, INC., and PATRICK R. BROGAN | Judge:  Honorable Ronald M. Whyte |
| Defendants and Counterclaim Plaintiff. | |

1  WHEREAS the hearing on Plaintiff's Motion for Leave to Amend Infringement Contentions is currently set for October 1, 2010 in the above captioned matter;

WHEREAS lead counsel for Defendants, Daralyn Durie, only recently learned that she would be required to attend a trial in Delaware that would interfere with her ability to attend the hearing on Plaintiff's Motion for Leave to Amend Infringement Contentions;

WHEREAS counsel for Defendants asked counsel for Plaintiff to agree to move the hearing on Plaintiff's Motion for Leave to Amend Infringement Contentions to October 15, 2010;

WHEREAS counsel for Plaintiff does not oppose moving the hearing on its motion to October 15, 2010;

WHEREAS the date of this hearing has been changed on only one prior occasion (Docket No. 202); and

WHEREAS no pending dates or deadlines in this matter would be affected by moving the hearing date to October 15, 2010;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, the current hearing date for Plaintiff's Motion for Leave to Amend Infringement Contentions, which is currently set for October 1, 2010, be moved to October 15, 2010.

Dated: September 28, 2010          DURIE TANGRI LLP


By: */s/ Ryan M. Kent*
RYAN M. KENT

Attorneys for Defendant and Counterclaim Plaintiff PALO ALTO NETWORKS, INC., and Defendant PATRICK R. BROGAN

Dated: September 28, 2010          WILSON SONSINI GOODRICH & ROSATI


By: */s/ Stefani E. Shanberg*
STEFANI E. SHANBERG

Attorneys for Plaintiff and Counterclaim Defendant FORTINET, INC

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Ryan M. Kent, attest that concurrence in the filing of this document has been obtained.

Dated:  September 28, 2010        */s/ Ryan M. Kent*
                                                            Ryan M. Kent

**[] ORDER**

Upon stipulation of the parties, IT IS SO ORDERED.

Dated:  9/30/10        *Ronald M. Whyte*
                                      HON. RONALD M. WHYTE
                                      UNITED STATES DISTRICT COURT JUDGE