| | |
|---|---|
| JAMES C. YOON (St. Bar No. 177155)<br>  Email:  jyoon@wsgr.com<br>STEFANI E. SHANBERG (St. Bar No. 206717)<br>  Email:  sshanberg@wsgr.com<br>ROBIN L. BREWER (St. Bar No. 253686)<br>  Email:  rbrewer@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br><br>Attorneys for Plaintiff and Counterclaim Defendant FORTINET, INC. | DURIE TANGRI LLP<br>RAGESH K. TANGRI (St. Bar No. 159497)<br>  Email: rtangri@durietangri.com<br>DARALYN J. DURIE (St. Bar No. 169825)<br>  Email: ddurie@durietangri.com<br>RYAN M. KENT (St. Bar No. 220441)<br>  Email: rkent@durietangri.com<br>332 Pine Street, Suite 2000<br>San Francisco, CA  94104-3214<br>Telephone:  (415) 362-6666<br>Facsimile:  (415) 326-6300<br><br>Attorneys for Defendants and Counterclaim Plaintiffs PALO ALTO NETWORKS, INC. AND PATRICK BROGAN |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FORTINET, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>PALO ALTO NETWORKS, INC., and<br>PATRICK R. BROGAN,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.:  09-CV-00036-RMW (PSG)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff and Counterclaim Defendant Fortinet, Inc. ("Fortinet") and Defendants and Counterclaim Plaintiffs Palo Alto Networks, Inc. ("PAN") and Patrick R. Brogan ("Brogan"), by and through their undersigned counsel, hereby stipulate that all claims raised in the complaints and all counterclaims in the above-identified action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.  The Parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully submitted,

Dated:  January 20, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ *Stefani E. Shanberg*
          Stefani E. Shanberg

Attorneys for Plaintiff and Counterclaim Defendant FORTINET, INC.

Dated:  January 20, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ *Ragesh K. Tangri*
          Ragesh K. Tangri

Attorneys for Defendants and Counterclaim Plaintiffs PALO ALTO NETWORKS, INC. AND PATRICK BROGAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  _____, 2011

_____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

**ATTESTATION CLAUSE**

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation of Dismissal with Prejudice and [Proposed] Order.  In compliance with General Order 45.X.B., I hereby attest that Ragesh K. Tangri of Durie Tangri LLP has concurred in this filing.

Dated:  January 20, 2011                           WILSON SONSINI GOODRICH & ROSATI
                                                                        Professional Corporation


                                                                        By:   /s/ *Stefani E. Shanberg*
                                                                                Stefani E. Shanberg

                                                                        Attorneys for Plaintiff and Counterclaim
                                                                        Defendant FORTINET, INC.